Raytheon Final Payment List

EXHIBIT 1

12/29/2009

| Name | Last Known Address as of December 1, 20 | City | State | Zip | Payment Amount |
|---|---|---|---|---|---|
| Ackerman, Major | 1202 Shoreline Drive | Wichita Falls | TX | 76308 | $8,064.51 |
| Acosta, Jessica | 1917 Santa Anna | Garland | TX | 75042 | $8,064.51 |
| Adcock, Jacqueline | P.O. Box 364 | Quinton | OK | 74561 | $8,064.51 |
| Baker, Gordon | 1218 Overhill Drive | Garland | TX | 75041 | $8,064.51 |
| Ball, Don L | 240 Porpoise Street. | Corpus Christi | TX | 78418 | $8,064.51 |
| Ball, Maudean | 240 Porpoise Street | Corpus Christ | TX | 78418 | $8,064.51 |
| Barr, Helen E | 2005 Brittain Street | Fort Worth | TX | 76111 | $8,064.51 |
| Barr, Roy | 2005 Brittain Street | Fort Worth | TX | 76111 | $8,064.51 |
| Beard, Barbara | 614 E. Grubb Drive | Mesquite | TX | 75149 | $8,064.51 |
| Brown, Barbara | P.O. Box 663 | Terrell | TX | 75160 | $8,064.51 |
| Bryant, Betty Jo | 5651 Northwest Drive, #3122 | Mesquite | TX | 75150 | $8,064.51 |
| Buster, Brittney | 5727 Bellcrest Drive | Dallas | TX | 75241 | $8,064.51 |
| Buster, Charlie | 5727 Bellcrest Drive | Dallas | TX | 75241 | $8,064.51 |
| Capps, Kamila | 4922 FM 3364 | Princeton | TX | 75407 | $8,064.51 |
| Casey, Zelma | 5607 McShann Road | Dallas | TX | 75230 | $8,064.51 |
| Clark, Maurine | 411 East Lavender Lane | Arlington | TX | 76010 | $8,064.51 |
| Cooper, Mildred | 703 E. 10th Street | Kemp | TX | 75143 | $8,064.51 |
| Cotner, Clyde | 6400 Stonewall Street, #213E | Greenville | TX | 75402 | $8,064.51 |
| Cotner, Flossie | 6400 Stonewall Street, #213E | Greenville | TX | 75402 | $8,064.51 |
| Davis, Gladys | 2701 Royal Troon | Plano | TX | 75025 | $8,064.51 |
| Devoe, Pete | 4501 Shepherd Lane | Balch Springs | TX | 75180 | $8,064.51 |
| Devoe, Ruth | 4501 Shepherd Lane | Balch Springs | TX | 75180 | $8,064.51 |
| Ford, Joann | 1732 Grace Street | Arlington | TX | 76010 | $8,064.51 |
| Freeman, Dorothy | 916 Villeta Street | Mexia | TX | 76667 | $8,064.51 |
| Garner, Edna | P.O. Box 472211 | Garland | TX | 75047 | $8,064.51 |
| Gilcrease, James | 1806 Queen's Court West | Arlington | TX | 76014 | $8,064.51 |
| Gilcrease, Wilma J | 1806 Queen's Court West | Arlington | TX | 76014 | $8,064.51 |
| Green, Judy | 1909 Shiloh Road, Apt. 125 | Tyler | TX | 75703 | $8,064.51 |
| Greiber, William | 407 Salem | Richardson | TX | 75080 | $8,064.51 |
| Hale, Dorothy | 14006 International S. | La Feria | TX | 78559 | $8,064.51 |
| Hale, Jeanetta | P.O. Box 462 | Hawkins | TX | 75765 | $8,064.51 |
| Heitman, Ione | 17020 NW CR 3323 | Frost | TX | 76641 | $8,064.51 |
| Helms, Odene | 1250 W. Pioneer Parkway, #1207 | Arlington | TX | 76013 | $8,064.51 |
| Hodge, Audrey | 711 Kim Court | Cleburne | TX | 76031 | $8,064.51 |
| Hodge, Warren | 711 Kim Court | Cleburne | TX | 76031 | $8,064.51 |
| Horner, Betty | 301 N. Bugg Street | Bokchito | OK | 74726 | $8,064.51 |
| Humphus, Faye | 2129 Skyline Drive | Fort Worth | TX | 76114 | $8,064.51 |
| Hunt, Joanne | 918 Dairy Road | Garland | TX | 75040 | $8,064.51 |
| Hunt, John | 918 Dairy Road | Garland | TX | 75040 | $8,064.51 |
| Jenkins, Nettie | 11408 Rupley Lane | Dallas | TX | 75218 | $8,064.51 |
| Kelso, Mary | 6170 CR 334 | Blanket | TX | 76432 | $8,064.51 |
| Kirvin, Calvin | 3616 Judge Dupree Drive | Dallas | TX | 75241 | $8,064.51 |
| Kirvin, Irene | 3616 Judge Dupree Drive | Dallas | TX | 75241 | $8,064.51 |
| Lamb, Edward | 714 Holmwood Drive | Jasper | TX | 75951 | $8,064.51 |
| Lamb, Lucille | 714 Holmwood Drive | Jasper | TX | 75951 | $8,064.51 |
| Mathis, Bonnie | 405 E. Washington | Rockwall | TX | 75087 | $8,064.51 |
| Mayberry, Beverly | 501 Hilltop Lane | Wylie | TX | 75098 | $8,064.51 |
| Mayberry, Tommy | 501 Hilltop Lane | Wylie | TX | 75098 | $8,064.51 |
| McBride, Jimmie | 262 R CR 1397 | Point | TX | 75472 | $8,064.51 |

| Name | Last Known Address as of December 1, 20 | City | State | Zip | Payment Amount |
|---|---|---|---|---|---|
| McClinton, Doris | 2106 Starcrest Lane | Richardson | TX | 75082 | $8,064.51 |
| McClinton, James | 2106 Starcrest Lane | Richardson | TX | 75082 | $8,064.51 |
| McCurley, Chris | 1036 Oak Drive | Flower Mound | TX | 75028 | $8,064.51 |
| McCurley, Frances | 1036 Oak Drive | Flower Mound | TX | 75028 | $8,064.51 |
| McHenry, Billie | 2908 Elder Drive | Mesquite | TX | 75150 | $8,064.51 |
| McHenry, Troy | 2908 Elder Drive | Mesquite | TX | 75150 | $8,064.51 |
| McKay, Don | 1638 Greenbriar Trail | Holly Lake Ranch | TX | 76034 | $8,064.51 |
| McPeak, Darween | 813 Nancy Drive | Royse City | TX | 75189 | $8,064.51 |
| Miller, Ethel | 505 W. Centerville Road | Garland | TX | 75041 | $8,064.51 |
| Mixson, Robert | P.O. Box 1313 | Quinlan | TX | 75474 | $8,064.51 |
| Modkins, Marthel | 349 Ella Avenue | Dallas | TX | 75217 | $8,064.51 |
| Monk, Anna | 1314 Iroquois | Garland | TX | 75043 | $8,064.51 |
| Monk, Chris L | 1314 Iroquois | Garland | TX | 75043 | $8,064.51 |
| Moore, Dessie | 3209 Riverview Drive | Mesquite | TX | 75181 | $8,064.51 |
| Nall, Virginia | 12463 Los Indio Trail, Apt. 208 | Austin | TX | 78729 | $8,064.51 |
| Neal, Dorothy | 3504 Katrine Street | Fort Worth | TX | 76117 | $8,064.51 |
| Oxford, Helen | 217W. Daugherty Drive | Garland | TX | 75041 | $8,064.51 |
| Oxford, Larry | 217W. Daugherty Drive | Garland | TX | 75041 | $8,064.51 |
| Pierce, J.D. | 2919 Randy Lane | Farmers Branch | TX | 75234 | $8,064.51 |
| Pierce, Virginia | 2919 Randy Lane | Farmers Branch | TX | 75234 | $8,064.51 |
| Pitts, Jane | 2117 Winston Drive | Desoto | TX | 75115 | $8,064.51 |
| Robertson, Jessie | 2916 56th Street | Dallas | TX | 75241 | $8,064.51 |
| Roper, Nellie | 801 Sycamore Creek | Allen | TX | 75002 | $8,064.51 |
| Ross, N.R. | 4503 Image Place | Dallas | TX | 75211 | $8,064.51 |
| Rowland, Osceola | 821 La Prada Drive, Apt. 225 | Garland | TX | 75043 | $8,064.51 |
| Sanchez, Antonio | 7405 Pebble Beach Drive | Rowlett | TX | 75088 | $8,064.51 |
| Sanchez, Carmen | 7405 Pebble Beach Drive | Rowlett | TX | 75088 | $8,064.51 |
| Sawyer, Louise | 1605 Robin Lane | Garland | TX | 75042 | $8,064.51 |
| Scruggs, Ethelene | 7814 Bob White | Rowlett | TX | 75088 | $8,064.51 |
| Scruggs, S.W. | 7814 Bob White | Rowlett | TX | 75088 | $8,064.51 |
| Shaw, Alice | 920 Pine Tree Lane | DeSoto | TX | 75115 | $8,064.51 |
| Shelby, Lillie | 211 Van Zant CR 3525 | Wills Point | TX | 75169 | $8,064.51 |
| Sherman, Gary | 5604 Calumet Drive | Arlington | TX | 76017 | $8,064.51 |
| Sherman, Jorene | 5604 Calumet Drive | Arlington | TX | 76017 | $8,064.51 |
| Shivers, Billy | 1404 Marshalldale Drive | Arlington | TX | 76013 | $8,064.51 |
| Skinner, Zoie | 1929 Morningside Drive | Garland | TX | 75042 | $8,064.51 |
| Spikes, Ernestine | 3680 Greenwood Road | Weatherford | TX | 76086 | $8,064.51 |
| Valentine, Mary | 150 Enterprise Drive, Apt. 2131 | McKinney | TX | 75069 | $8,064.51 |
| Walsh, Mary | 1104 S. Carrier Pkwy., Apt. C207 | Grand Prairie | TX | 75051 | $8,064.51 |
| Weaver, Hazel | 350 ACR 2910 | Palestine | TX | 75803 | $8,064.51 |
| White, Lila | 8520 CR, Box 2580 | Royse City | TX | 75189 | $8,064.51 |
| Willet, Robert | 110 Roma Drive | Garland | TX | 75041 | $8,064.51 |
| Witherspoon, Doroth | 2305 Sherwood Drive | Ennis | TX | 75119 | $8,064.51 |
| Woodward, Dorothy | 3544 Parker Road East | Fort Worth | TX | 76117 | $8,064.51 |