UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DOROTHY NEAL, JANE PITTS,
and DOROTHY WITHERSPOON,
on behalf of themselves and a
similarly situated class,

Case No. 05-CV-2521-B
Hon. Jane J. Boyle
Magistrate Judge Ramirez

      Plaintiffs,

**Class Action**

v.

RAYTHEON COMPANY,

      Defendant.
_____/

| | |
|---|---|
| ROGER J. McCLOW (P27170) | JOHN F. EASTON (Bar No. 00798162) |
| DAVID R. RADTKE (P47016) | PILLSBURY WINTHROP |
| KLIMIST, McKNIGHT, SALE, | SHAW PITTMAN LLP |
| McCLOW & CANZANO, P.C. | Attorneys for Defendant |
| Attorneys for Plaintiffs | 909 Fannin Street, Suite 2000 |
| 400 Galleria Officentre, Suite 117 | Houston, TX 77010 |
| Southfield, MI 48034 | (713) 276-7624 |
| (248) 354-9650 | |
| | JAMES P. GILLESPIE (Bar No. 427773) |
| HAL K. GILLESPIE | MATTHEW PAPEZ (Bar No. 473975) |
| CHRISTA J. BOYD-NAFSTAD | EUNNICE H. EUN (Bar No. 500203) |
| GILLESPIE, ROSEN, WATSKY & JONES | KIRKLAND & ELLIS, LLP |
| Co-Counsel for Plaintiffs | Attorneys for Defendant |
| 3402 Oak Grove Ave., Suite 200 | 655 15th Street, N.W., Suite 1200 |
| Dallas, TX 75204 | Washington, D.C. 20005 |
| (214) 720-2009 | (202) 879-5159 |

_____/

**ORDER OF APPROVAL
OF FINAL PAYMENTS LIST**

## **ORDER OF APPROVAL OF FINAL PAYMENTS LIST**

Before the Court is Plaintiffs' Unopposed Motion for Approval of Final Payments List (doc. 196), filed pursuant to the Court-approved Settlement Agreement between the Plaintiff Class Representatives and Defendant Raytheon Corporation.

1. On September 21, 2009, this Court entered a Judgment approving the Settlement Agreement reached by the parties (doc. 194). The Settlement Agreement provided, in relevant part, that Raytheon would make a lump sum payment to Class Counsel in the amount of $750,000, to be divided by Class Counsel into equal shares amongst the Eligible Class Members and Eligible Dependents who submitted timely Verifications to Class Counsel in compliance with Section 11 of the Settlement Agreement.

2. On October 29, 2009, Class Counsel mailed a Court-approved Verification Form to all Class Members and known Dependents informing them they had until December 1, 2009 to return the Verification.

3. After the mailing of the Verification, Eligible Class Members and Eligible Dependents or their authorized representatives were to submit the Verification to Class Counsel.

4. After the deadline passed for submitting the Verifications, and pursuant to the Settlement Agreement, Class Counsel reviewed the Verifications which had been submitted and determined what payments were due under the Settlement Agreement based on the Verifications received.

5. Class Counsel has now submitted, as Exhibit 1 to its Unopposed Motion, a Final Payments List to the Court for approval. (doc. 196-2).

6. A Verification from Virginia Nall, an Eligible Class Member, signed on December 18, 2009 was received by Class Counsel on December 21, 2009. Although Ms. Nall's Verification Form was not submitted timely under the terms of the Settlement Agreement, the Court finds that she should receive a share of the Settlement Agreement because the short delay was inadvertent and did not prejudice the Class Members.

7. The share amount for each Eligible Class Member and Eligible Dependent is $8,064.51.

IT IS HEREBY ORDERED that Virginia Nall be included as an Eligible Class Member and receive a share of the Settlement Amount.

IT IS FURTHER HEREBY ORDERED THAT after reviewing the submissions of the Plaintiffs and Class Counsel, and based on the findings set forth above, the Court is satisfied that the Eligible Class Members and Eligible Dependents and the Share Amount of $8,064.51 as set forth on the Final Payments List attached are proper under the terms of the Settlement Agreement and in the bests interests of the Class.

IT IS FURTHER HEREBY ORDERED that the Eligible Class Members and Eligible Dependents set forth in the Final Payments List attached to this Order is hereby approved.

IT IS FURTHER HEREBY ORDERED that Class Counsel shall mail a Payment of a share of the Settlement Agreement to Eligible Class Members and Eligible Dependents within 30 days of entry of this Order.

Dated: December 30, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE